Thomas Fuhr, Pro se
℅ 3620 Utah Street
San Diego, CA 92104
Non-domestic without US
Phone: (619) 994-6117

FILED

08 APR -2 PH 4: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

*THE SOUTHER DISTRICT OF SOUTHERN CALIFORNIA*

# IN THE UNITED STATES DISTRICT COURT

## ~~CENTRAL DISTRICT~~ OF CALIFORNIA

| | |
|---|---|
| Thomas Fuhr<br>　　　　Plaintiff,<br><br>vs<br><br>America's Servicing Company<br>　　　　Defendants.<br><br>Saxon Mortgage Services Inc.<br>　　　　Co-Defendants<br><br>First American Loanstar Trustee.<br>　　　　Co-Defendants. | Case No.<br><br>**'08 CV 608    J  JMA** |

### *COMPLAINT FOR DAMAGES*

With Supplemental of Jurisdiction

<u>Pursuant to 28 USC 1367</u>

　　　　COMES NOW, Thomas Fuhr, Plaintiff as above stated with the following Petition of Complaint for Damages concerning the real property of the petitioner known as 3620 Utah Street, San Diego, CA 92104. This Complaint for Damages is set forth on the following grounds with;

## APPLICABLE LAW

The following Applicable Statues are set forth in this as <u>Mandatory Authority</u>.

Mandatory Authority

28 U.S.C.A. 1367, 28 U.S.C.A 1367(a), 28 U.S.C.A 1367(e)(d), 11 U.S.C.A 362(C), 12 U.S.C. 3752(1), 12 U.S.C. 3755, 12 U.S.C. 3752(3), 12 U.S.C. 3752(7), 12 U.S.C. 3758(1), 12 U.S.C. 3758(2)(A)(i), 12 U.S.C.3758 (3)(A), Title 15 Fair Debt Collections Act, 28 USCA 1201 (RESPA) Article 3 section 603 of the UCC

1.

The Defendants shall not be a bona fide purchaser at foreclosure with notice of any adverse claim pursuant to 12 U.S.C. 3752(1).

2.

The Defendant, America's Servicing Company, Saxon Mortgage Services Inc., and First American Loanstar Trustee Services did unlawfully violate Fair Debt Collections Act with foreclosure proceedings.

3.

The Defendant, America's Servicing Company, Saxon Mortgage Services Inc., and First American Loanstar Trustee Services, did unlawfully violate Article 3 section 306 of the Uniform Commercial Code foreclosure proceedings.

4.

The Defendant, America's Servicing Company and Saxon Mortgage Services Inc., did unlawfully violate foreclosure proceedings conducted below true market value of the property owned by the Plaintiff.

5.

The Defendant, America's Servicing Company, Saxon Mortgage Services Inc., and First American Loanstar Trustee Services, did unlawfully violate C.C.C. 2924.3 foreclosure proceedings.

6.

The Defendant, Servicing Company, Saxon Mortgage Services Inc., and First American Loanstar Trustee Services, did unlawfully violate C.C.C. **2924.3(d)** foreclosure proceedings.

WHEREFORE the plaintiff demands the following relief:

1.  The honorable court award compensatory and punitive damages to the plaintiff in the amount of $150,000 by entering a judgment against America's Servicing Company, Saxon Mortgage Services Inc., and First American Loanstar Trustee Services

2.  This honorable court issue a Rule nisi to foreclosure.

3.  Grant all relief this Court deems just and proper.

*Thomas Fuhr COMPLAINT FOR DAMAGES - 3 –*

# VERIFICATION

## (Affidavit)

The undersigned Affiant, Thomas Fuhr, by appellation does herewith swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth.

I, the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case. Also, that the contents are true, correct and not misleading to the best of his knowledge.

Thomas Fuhr
Petitioner
Pro se

## UNITED STATES
## DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 149349    — SH

## April 02, 2008
## 16:13:20

## Civ Fil Non-Pris
USAO #.: 08CV0608
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CA

## Total—> $350.00

FROM: FUHR V. AMERICAS SERVING CO

℆JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS  *Thomas Fuhr*<br>*3630 UTAH ST*<br>*SAN DIEGO CAL 92104* | DEFENDANTS  *America's Serving Copay (Defendants)*<br>*Saxon Mortgage Series Ptr. 41 (co-defendant)*<br>*First American Loanstar Trustee Services (co-deptslty)* |
|---|---|
| (b) County of Residence of First Listed Plaintiff  *San Diego*<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ DISTRICT *Iowa*<br>(IN U.S. PLAINTIFF CASES ONLY) CALIFORNIA<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.<br>⁖Y⁖ *JMS* DEPUTY |
| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known)  **'08 CV 608   J  JMA** |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** / **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☒ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*12 USC 3752(1)*

Brief description of cause:
*Foreclosure Proceeding Violations*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ *150,000*    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE *Thomas Fuhr*    DOCKET NUMBER *RGB (2007)*

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # *49349*   AMOUNT *$350*   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

*see 4/2/08*