Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -2 PM 4:17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Thomas Fuhr
vs
America's Servicing Company (Defendants)
Saxon Mortgage Services Inc. (Co-Defendants)
First American Loanstar Trustee (Co-Defendants)

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 608 L JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS FUHR
3620 UTAHS
SAN DIEGO CAL
92104

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. H[signature]

By _____ , Deputy Clerk

APR 0 2 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)