1  LAURA J. PETRIE, ESQ. (BAR NO. 182243)
   BARRY GARDNER & KINCANNON
2  A PROFESSIONAL CORPORATION
   5000 BIRCH STREET, SUITE 420
3  NEWPORT BEACH, CA 92660
   PHONE: (949) 851-9111     FAX: (949) 851-3935
4
5  ATTORNEYS FOR AMERICA'S SERVICING COMPANY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FUHR, <br><br>                Plaintiff, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY, SAXON MORTGAGE SERVICES, INC., FIRST AMERICAN LOANSTAR TRUSTEE, <br><br>                Defendants. | Case No. 08CV608-J (JMA) <br><br> DEFENDANT AMERICA'S SERVICING COMPANY'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT <br><br> Judge: Hon. M. James Lorenz <br><br> Date:  July 28, 2008 <br> Time:  10:30 a.m. <br> Room:  14 |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on July 28, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 880 Front Street, Courtroom 10, San Diego, CA 92101-8900, Defendant, AMERICA'S SERVICING COMPANY ("ASC") will move to dismiss the action pursuant to FRCP 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted on

1

| | |
|---|---|
| 1 | the ground that plaintiff's Complaint fails to allege any cognizable legal theory, fails to |
| 2 | state any factual allegations to support any cause of action, and fails to comply with |
| 3 | FRCP 8. ASC alternatively moves this court for a Motion for More Definite Statement |
| 4 | pursuant to FRCP 12(e) requiring Plaintiff to replead his complaint. ASC hereby |
| 5 | submits its Memorandum of Points and Authorities in Support of its' Motion to Dismiss |
| 6 | Plaintiff's Complaint against this Defendant or alternatively, its Motion for More |
| 7 | Definite Statement pursuant to Federal Rules of Procedure Rules 12(b)(6) and 12(e). |

BARRY, GARDNER & KINCANNON
A Professional Corporation

Dated: May 8, 2008         By: _____
                               Laura J. Petrie, Esq.
                               Attorneys for Defendant,
                               AMERICA'S SERVICING COMPANY

H:\3651\0024\Pleadings\notice of motion to dismiss-final.wpd

2

DEFENDANT AMERICA'S
SERVICING COMPANY'S NOTICE OF MOTION TO DISMISS
COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE
ALTERNATIVE MOTION FOR DEFINITE STATEMENT                08CV608-J (JMA)

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5000 Birch Street, Suite 420, Newport Beach, California, 92660.

On May 8, 2008, I served the foregoing document described as **DEFENDANT WELLS FARGO BANK NA dba AMERICA'S SERVICING COMPANY'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Plaintiff
Thomas Fuhr, PRO SE
3620 Utah Street
San Diego, CA 92104

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008, at Newport Beach, California.

_____
Christina Valenzuela

3