

**FILED**

**6/18/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                              DEPUTY

**Fuhr**                                                                 **08cv608-L (JMA)**

**-v-**

**America's Servicing Company, et al.**

# STRICKEN DOCUMENT

**9-Notice of Motion to Dismiss Complaint**

**9**