WILLAM C. SAACKE, ESQ. (BAR NO. 178346)
LAW OFFICES OF MCNULTY AND SAACKE
3562 HOWARD AVE., SUITE A
LOS ALAMITOS, CA 90720
PHONE: (562) 598-0545    FAX: (562) 596-0545

ATTORNEYS FOR SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FUHR, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY, SAXON MORTGAGE SERVICES, INC., FIRST AMERICAN LOANSTAR TRUSTEE, <br><br> Defendants. | Case No. 08CV608-J (JMA) <br><br> DEFENDANT SAXON MORTGAGE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF <br><br> Judge: Hon. M. James Lorenz <br><br> Date: July 28, 2008 <br> Time: 10:30 a.m. <br> Room: 14 |

TO PLAINTIFF THOMAS FUHR:

PLEASE TAKE NOTICE that on July 28, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 880 Front Street, Courtroom 10, San Diego, CA 92101-8900, Defendant SAXON MORTGAGE SERVICES, INC. (SAXON) will move to dismiss the action pursuant to FRCP 12 (b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted on the

1

1  ground that Plaintiff's complaint fails to allege any cognizable legal theory, fails to state
2  any factual allegations to support any cause of action, and fails to comply with FRCP 8.
3  SAXON alternatively moves this court for a Motion for More Definite Statement pursuant
4  to FRCP 12 (e) requiring Plaintiff to replead his complaint.  SAXON hereby submits its
5  Memorandum of Points and Authorities in Support of its' Motion to Dismiss Plaintiff's
6  Complaint against this Defendant or alternatively, its Motion for More Definite Statement
7  pursuant to FRCP 12 (b)(6) and 12 (e).

Dated: June 23, 2008          By:        s/William C. Saacke
                                         _____
                                         William C. Saacke, Esq.
                                         Attorneys for Defendant,
                                         SAXON MORTGAGE SERVICES, INC.
                                         E-mail: skee@mcsaackelaw.com

2

DEFENDANT SAXON MORTGAGE SERVICES, INC.'S
NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO
FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR
DEFINITE STATEMENT                                    08CV608-J (JMA)

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3562 Howard Ave., Suite A, Los Alamitos, California, 90720.

On June 18, 2008, I served the foregoing document described as **DEFENDANT SAXON MORTGAGE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Plaintiff
Thomas Fuhr, PRO SE
3620 Utah Street
San Diego, CA 92104

Defendant America's Servicing Company
Laura J. Petrie
Barry, Gardner & Kincannon
A Professional Corporation
5000 Birch Street, Suite 420
Newport Beach, CA 92660

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Alamitos, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business.

[X]  (FEDERAL) I declare that I am a member of the bar of this court.

Executed on June 18, 2008, at Los Alamitos, California.

s/William C. Saacke
_____
William C. Saacke

3

DEFENDANT SAXON MORTGAGE SERVICES, INC.'S
NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO
FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR
DEFINITE STATEMENT

08CV608-J (JMA)