UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FUHR, | Civil No. 08cv608 L (JMA) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** **[doc. #5, 11]** |
| v. | |
| AMERICA'S SERVICING COMPANY, *et al.*, | |
| Defendants. | |

Defendants America's Servicing Company and Saxon Mortgage Services, Inc. have each filed motions to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) or in the alternative, for a more definite statement. Both motions are set for hearing on July 28, 2008. The Court finds these motions suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

Plaintiff is advised that his opposition to the motions is due no later than July 14, 2008 under the Civil Local Rules. Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a

/ / /

/ / /

/ / /

/ / /

1 | consent to the granting of a motion or other request for ruling by the court."

2 | **IT IS SO ORDERED.**

3 | DATED: July 14, 2008

4 | _____
M. James Lorenz
5 | United States District Court Judge

6 | COPY TO:

7 | HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
8 |

9 | ALL PARTIES/COUNSEL