Case: 3:08cv608

Thomas   Fuhr
3620 Utah Street
San Diego, CA 92104

------------------------------------------------------------

**RETURNED MAIL**
**L.R. 83.3.e requires prompt**
**notification to the court of**
**any change of address.**
**Date:** ___7-15-08___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 08cv608-L (JMA)   CASE TITLE: *Fuhr v. America's Servicing Company, et al.*
E-FILED DATE: 6/18/2008        DOCKET NO.: 8, 9
DOCUMENT TITLE: Motion to Dismiss Complaint, Notice of Motion to Dismiss Complaint
DOCUMENT FILED BY:

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| x | | |
| | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| X | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| X | ECF § 2(f) | Lacking proper signature |
| | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
| | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | Civ. L. Rule 7.1 | Missing table of contents |
| | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| X | Other | OTHER: The notice of motion (doc. #9) should be filed as part of the motion. |

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: June 20, 2008

_____
M. James Lorenz
United States District Court Judge

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

NIXIE      921   5E 1        72  07/11/08
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 92101892965          *1577-02802-11-25