Case: 3:08cv608

Thomas Fuhr
3620 Utah Street
San Diego, CA 92104

------------------------------------------------------------

**RETURNED MAIL**
L.R. 83.3.e requires prompt notification to the court of any change of address.
Date: 7-22-08

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 THOMAS FUHR, | ) | Civil No. 08cv608 L (JMA) |
| 12    Plaintiff, | ) ) | **ORDER RE: ORAL ARGUMENT** [doc. #5, 11] |
| 13 v. | ) ) | |
| 14 AMERICA'S SERVICING COMPANY, *et al.*, | ) ) | |
| 15 | ) | |
| 16    Defendants. | ) ) | |

17    Defendants America's Servicing Company and Saxon Mortgage Services, Inc. have each
18 filed motions to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) or in the
19 alternative, for a more definite statement. Both motions are set for hearing on July 28, 2008.
20 The Court finds these motions suitable for determination on the papers submitted and without
21 oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.
22    Plaintiff is advised that his opposition to the motions is due no later than July 14, 2008
23 under the Civil Local Rules. Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party fails
24 to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a
25 / / /
26 / / /
27 / / /
28 / / /

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

JUL 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FIRST CLASS AUTO

neopost
07/15/2008
Mailed From 92132
US POSTAGE
$00.346

NIXIE            921    5E    1         72  07/18/08
                 RETURN TO SENDER
                 VACANT
                 UNABLE TO FORWARD

BC: 92101892965        *1377-03965-18-26