Case: 3:08cv608

Thomas Fuhr
3620 Utah Street
San Diego, CA 92104

**RETURNED MAIL**
**L.R. 83.3.e requires prompt**
**notification to the court of**
**any change of address.**
Date: 7-4-08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FUHR, | Civil No. 08cv608 L (JMA) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS [doc. #5, 11]** |
| v. | |
| AMERICA'S SERVICING COMPANY, et al., | |
| Defendants. | |

Defendants America's Servicing Company and Saxon Mortgage Services, Inc.[1] have each filed motions to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) or in the alternative, for a more definite statement. Although plaintiff, who is appearing *pro se*, was advised that his opposition to the motions was due no later than July 14, 2008, he has not responded to either motion. Plaintiff was also advised that Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." Notwithstanding the Local Rule, the Court will review defendants' motions on the merits.

---

[1] Defendant First American Loanstar Trustee ("First American") was not served with the Complaint. As a result, the Court will dismiss First American from the action.

08cv608

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

RECEIVED
AUG 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FIRST CLASS AUTO

neopost™
049J82045251
$00.471
07/28/2008
Mailed From 92101
US POSTAGE

NIXIE        921  SE  1        72  07/31/08
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 92101092965        *1577-04302-01-29

FATES31 92:
92101@8929